IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 7 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02383-OES

THOMAS A. WATRY,

    Plaintiff,

v.

SOCIAL SECURITY ADMIN. DISABILITY (onset date),

    Defendant.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Thomas A. Watry initiated this action by filing a *pro se* Complaint. The Court must construe the Complaint liberally, because Mr. Watry is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Mr. Watry will be ordered to file an Amended Complaint.

The Court has reviewed Mr. Watry's Complaint and has determined that the Complaint may be dismissed, because the Complaint fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow a court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these

purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Watry's Complaint fails to comply with the pleading requirements of Rule 8. First, he fails to state the grounds upon which the Court's jurisdiction depends. Mr. Watry's also fails to set forth a short and plain statement of his claims showing that he is entitled to relief. Mr. Watry makes vague allegations regarding (1) a disease "peripheral neuropathy" that apparently he has been diagnosed as having and (2) the failure of an attorney to follow through pursuing a social security benefit in Plaintiff's behalf. Even if the Court were to construe Plaintiff's Complaint as filed pursuant to 42 U.S.C. § 405(g), Plaintiff fails to assert that he is has exhausted his administrative remedies as he is required to do and that he is seeking judicial review of the final administrative decision of the Social Security Administration.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The

Court finds that the Complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Mr. Watry should be given an opportunity to file an Amended Complaint. He will be directed to do so below. Accordingly, it is

ORDERED that Mr. Watry file, **within thirty (30) days from the date of this order**, an original and a copy of an Amended Complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Watry, together with a copy of the Order, two copies of a Complaint form. It is

FURTHER ORDERED that, if Mr. Watry fails within the time allowed to file an Amended Complaint that complies with the instant Order to the Court's satisfaction, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 7 day of December, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02383-OES

Thomas A. Watry
6900 E. Evans #424B
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on _12-7-05_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk